UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TODD SANZO, ) ) Plaintiff, ) vs. ) ) JAMES G. COX, et al., ) ) Defendants ) ) | 3:13-cv-00406-RCJ-WGC **MINUTES OF THE COURT** January 6, 2014 |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  KATIE LYNN OGDEN  </u>  REPORTER: <u>NONE APPEARING     </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING                       </u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING                    </u>

**MINUTE ORDER IN CHAMBERS:**

On October 16, 2013, the court entered an order of dismissal without prejudice (Doc. # 7) and judgment (Doc. # 8). On December 9, 2013, this court advised Plaintiff, again, that this case was closed. (Doc # 12.) The order also denied Plaintiff's motion to reconsider (Doc. #9) and furnished to Plaintiff a copy of the Order (Doc. # 7) which closed his case and a copy of his original complaint. (*Id.*).

On December 18, 2013, Plaintiff submitted another Application for Leave to Proceed *in forma pauperis*, a Motion for Appointment of Counsel and a Complaint. (Doc. ## 13, 14, 15.) Subsequent thereto, Plaintiff filed a Motion to Extend Prison Copy Work Limit. (Doc. # 16.) Each of these documents was filed under Case No. 3:13-cv-00406-RCJ-WGC, which as noted above, is a closed case. [1]

The order dismissing this case noted that Plaintiff would be allowed to file a *new* action:

> IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* (#1) is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new complaint in a *new* action together with either a *new* pauper application or payment of the $350.00 filing fee.

(Order, Doc. # 7, at page 2, lines 10-13; emphasis added.)

---

[1] Plaintiff's recent filings contained the case number of this closed case. Plaintiff is advised that any document presented to the Clerk's Office for filing is to be filed in the case number appearing on the document submitted by that party.

MINUTES OF THE COURT
3:13-cv-00406-RCJ-WGC
Date:  January 6, 2014
Page 2

     Therefore, Plaintiff's motions (Doc. ##  13, 14, 15 and 16), filed subsequent to the closure of this case, are **DENIED as moot.**

     If Plaintiff wishes to pursue these matters further, he must first file a complaint and application for leave to proceed *in forma pauperis* in a *new* case, taking care to leave the case number on such documents blank.

     **IT IS SO ORDERED.**

                                                                                 LANCE S. WILSON, CLERK

                                                                       By:     /s/
                                                                            Deputy Clerk